**Order entered April 13, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-19-01364-CV**

**UHS OF TIMBERLAWN, INC.**
**D/B/A TIMBERLAWN PSYCHIATRIC HOSPITAL, Appellant**

**V.**

**OPAL SMITH, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-19165**

### ORDER

Before the Court is appellant's April 9, 2020 second status report and motion requesting an extension of time to file its brief on the merits. Appellant explains that the parties are waiting to obtain documents from third parties in order to finalize their settlement agreement. We **GRANT** the motion **to the extent** that appellant shall file its brief, a motion dismiss the appeal, or a status report by **June 12, 2020**.

/s/    KEN MOLBERG
        JUSTICE